(139 So. 572)

## MILES v. STATE.

### 8 Div. 399.

Court of Appeals of Alabama.

Feb. 9, 1932.

**SAMFORD, J.**

Defendant was convicted on a charge of violating the prohibition law and appeals.

However much we might be convinced of error in this conviction, we would be without authority to act in the absence of any exceptions or of a request for the general charge.

The judgment is affirmed.

Affirmed.